JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOSE MIGUEL LOPEZ,           )<br>                              )<br>            Plaintiff,    )<br>                              )<br>     v.                       )<br>                              )<br>MICHAEL J. ASTRUE,           )<br>Commissioner of the          )<br>Social Security Administration, )<br>                              )<br>            Defendant.    )<br>_____) | Case No. CV 09-8136-MLG<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: July 1, 2010

_____
MARC L. GOLDMAN
United States Magistrate Judge