1 Andrew T. Koenig, SBN: 158431
Attorney at Law
2 353 Sanjon Road
Ventura, CA 93001
3 Tel. 805 653-0284
FAX: 805 643-3062
4 Email: andrewtkoenig@hotmail.com

5 Attorney for plaintiff Jose Miguel Lopez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| JOSE MIGUEL LOPEZ, | ) No. CV 09-8136-MLG |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's assignee, is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR-THOUSAND EIGHT-HUNDRED DOLLARS and NO CENTS ($4,800.00) and costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS (350.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the Stipulation.

Dated: August 9, 2010

**MARC L. GOLDMAN**
UNITED STATES MAGISTRATE JUDGE